| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 17CR07148-001-WQH |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR19  0361  RS |

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Stokes, William Boyd, Jr | Southern California | San Diego |
| ~~[redacted]~~ | NAME OF SENTENCING JUDGE William Q. Hayes U.S. District Judge | |
| | DATES OF | FROM | TO |
| | Supervised Release | 6/19/2018 | 12/18/2020 |

**OFFENSE**

18 U.S.C. §§471 and 2, Uttering Counterfeit Securities and Aiding and Abetting, a Class C felony.

FILED
AUG - 6 2019
SUSAN Y. SOONG
~~CLERK, U.S. DISTRICT~~ COURT
NORTH DISTRICT OF CALIFORNIA

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/30/19
Date

[signature]
William Q. Hayes
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRCIT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

8/5/2019
Effective Date

Haywood S. Gilliam Jr.
United States District Judge

CR19-361RS